UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | ▼ | Case Number | 4:19-cv-01035 |
|---|---|---|---|---|
| Monica Abboud, et al. | | | | |
| *versus* | | | | |
| Health Insurance Innovations, Inc. | | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Taylor T. Smith<br>Woodrow & Peluso, LLC<br>3900 E. Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Tel: 720-907-7628; Email: tsmith@woodrowpeluso.com<br>State: Colorado - No. 51162<br>Federal: U.S. District Court for the District of Colorado |

| Name of party applicant seeks to appear for: | Plaintiff Monica Abboud |
|---|---|

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___ |
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:    3/25/2019 | Signed:        /s/ Taylor T. Smith |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| Order | This lawyer is admitted *pro hac vice.* |
|---|---|

Dated: _____          _____
                                                                    United States District Judge