United States District Court
Southern District of Texas
**ENTERED**
May 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MONICA ABBOUD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-19-1035 |
| | § | |
| HEALTH INSURANCE INNOVATIONS INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 18), this action is dismissed without prejudice.

SIGNED on May 30, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge